# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-471
Lower Tribunal No. 19-10064-CA-01
_____

**Herbert Jean**,
Appellant,

vs.

**Bayview Asset Management, LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Herbert Jean, in proper person.

Reed Smith LLP and Daniel Alvarez Sox; Reed Smith LLP, and James N. Boudreau (Philadelphia, PA), for appellees.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Dismissed. <u>See</u> <u>Denis v. Seasons Gardens Senior Residence, LLC</u>,

402 So. 3d 1144, 1147 (Fla. 3d DCA 2025) (where a motion filed under Fla. R. Civ. P. 1.540(b) sought to vacate a non-final order, the motion was not authorized, and appellate court lacked jurisdiction under Fla. R. App. P. 9.130(a)(5) to review order denying motion).